UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMONTE E. COOK,<br><br>    Petitioner,<br><br>v.<br><br>WARDEN W.L. MUNIZ,<br><br>    Respondent. | Case No. 18-CV-02493 LHK (PR)<br><br>**ORDER OF DISMISSAL** |

On April 26, 2018, petitioner, proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. That same day, the court sent a notice to petitioner, informing him that he had failed to pay the filing fee. Petitioner was informed that the case would be dismissed if petitioner failed to pay the fee, or file an application to proceed *in forma paurperis* ("IFP") within twenty-eight days. More than twenty-eight days have passed and petitioner has not paid the filing fee, nor has he filed an IFP application.

Thus, the instant action is DISMISSED without prejudice. The clerk shall terminate all pending motions, enter judgment, and close the file.

**IT IS SO ORDERED.**

DATED: 6/19/2018

*Lucy H. Koh*
LUCY H. KOH
UNITED STATES DISTRICT JUDGE

Case No. 18-CV-02493 LHK (PR)
ORDER OF DISMISSAL